Mark C. Goodman (Bar No. 154692)
Brandon P. Rainey (Bar No. 272341)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
Email:  mark.goodman@hoganlovells.com
Email:  brandon.rainey@hoganlovells.com

Attorneys for Defendant and
Counter/Cross-Claimant
GOTHAM INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SIGMA FINANCIAL CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOTHAM INSURANCE COMPANY, a New York corporation; BROWN & BROWN PROGRAM INSURANCE SERVICES, INC., D/B/A CALSURANCE ASSOCIATES, a California Corporation; CADENCE INSURANCE BROKERS, INC., a Tennessee corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.  8:15-cv-1531-AG-DFM<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56]**<br><br>Date:    July 11, 2016<br>Time:    10:00 a.m.<br>Judge:  Hon. Andrew Guilford<br>Place:   Courtroom 10D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on July 11, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10D of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Andrew Guilford presiding, Defendant/Counter/Cross-Claimant Gotham Insurance Company ("Gotham") will, and hereby does, move for summary judgment on the fifth cause of action asserted by Plaintiff/Counter-Defendant Sigma Financial Corporation ("Sigma").

As discussed in the accompanying Memorandum of Points and Authorities, Gotham cannot be liable for bad faith (*i.e.*, breach of the duty of good faith and fair dealing) as a matter of law because it has not withheld any policy benefits due to Sigma. *Waller v. Truck Ins. Exch., Inc.*, 11 Cal.4th 1, 35-6 (1995), *as modified on denial of reh'g (Oct. 26, 1995)*; *see also Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1034 (9th Cir. 2008) ("California law is clear, that without a breach of the insurance contract, there can be no breach of the implied covenant of good faith and fair dealing"); *Evergrow Indus. Co. v. Travelers Ins. Co.*, 37 F.App'x 300, 302 (9th Cir. 2002) (same); *Murphy v. Am. Gen. Life Ins. Co.*, 2015 WL 4379834, at *13 (C.D. Cal. July 15, 2015), *appeal dismissed* (Jan. 4, 2016) (same); *Kim v. Truck Ins. Exch.*, 2015 WL 3912452, at *7 (C.D. Cal. June 25, 2015), *appeal dismissed* (Aug. 5, 2015) (same); *David v. Allstate Ins. Co.*, 2014 WL 4215647, at *6 (C.D. Cal. Aug. 25, 2014). Here, the Court has already ruled (in the context of the parties' previous cross-motions for summary judgment) that Gotham currently has no defense or indemnity obligations under the unambiguous terms of the Gotham Excess Policy. (Dkt. 53.) Thus, because no policy benefits are due to Sigma, and because "a bad faith claim cannot be maintained unless policy benefits are due[,]" no claim for bad faith can survive as to Gotham (*Love v.*

*Fire Ins. Exch.*, 221 Cal.App.3d 1136, 1151-53 (1990)) and Gotham is entitled to summary judgment.

    The parties to this action met and conferred regarding this motion on May 30, 2016 and June 1, 2016 in accordance with Local Rule 7-3.

Dated: June 1, 2016                           HOGAN LOVELLS US LLP

                                                  */S/Mark C. Goodman*
                                                  Mark C. Goodman
                                                  Attorneys for Defendant and
                                                  Counter/Cross-Claimant GOTHAM
                                                  INSURANCE COMPANY

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                         NOTICE OF MOTION
FOR SUMMARY JUDGMENT

\\040296/000027 - 1534773 v1