Mark C. Goodman (Bar No. 154692)
Brandon P. Rainey (Bar No. 272341)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
Email:  mark.goodman@hoganlovells.com
Email:  brandon.rainey@hoganlovells.com

Attorneys for Defendant and Counter/Cross-Complainant GOTHAM INSURANCE COMPANY and Defendant PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SIGMA FINANCIAL CORPORATION, a Michigan corporation, <br><br>    Plaintiff, <br><br>    v. <br><br>GOTHAM INSURANCE COMPANY, a New York corporation, et al., <br><br>    Defendants. <br><br>AND RELATED CROSS-CLAIM | Case No. 8:15-cv-1531-AG-DFM <br><br>**DISCOVERY MATTER** <br><br>**GOTHAM INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SIGMA FINANCIAL CORPORATION** <br><br>Filed concurrently with Joint Statement (L.R. 37-2), Declaration of David R. Williams, Declaration of Suzanne Burke Spencer and Proposed Order <br><br>Date:     April 11, 2017 <br>Time:    10:00 AM <br>Judge:   Hon. Douglas McCormick <br>Place:   Courtroom 6B, 6th Floor <br>            411 W. Fourth Street <br>            Santa Ana, CA 92701 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 11 at 10:00 AM in Courtroom 6B of this Court, located at 411 W. Fourth Street, Santa Ana CA 92701, or as soon thereafter as the matter may be heard, before the Hon. Douglas McCormick, Defendant and Counter/Cross-Claimant Gotham Insurance Company ("Gotham") will and hereby does move for the following relief:

1. For an order compelling Plaintiff and Counter-Defendant Sigma Financial Corporation ("Sigma") to immediately produce all non-privileged documents in its possession, custody or control that are responsive to Gotham's Requests for Production of Documents -- which Sigma has agreed but failed to produce -- and to complete such production on or before April 11, 2017, including a privilege log tracking all of the redactions and confidential designations in its production;

2. For an order compelling Sigma's counsel to certify that (a) it has conducted a thorough search of all documents, information and materials in Sigma's possession, custody, or control, and (b) that it has produced all responsive non-privileged documents; and

3. For sanctions against Sigma and/or its counsel for its evasive and prejudicial conduct during discovery.

This motion is made on the ground that Sigma has refused to produce its responsive documents despite a looming discovery deadline, repeated promises to produce such documents and a total lack of justification for withholding those materials. In fact, Sigma has agreed to produce the documents at issue in this motion but has failed, without justification, to produce them for more than four months. The documents Sigma has produced are few in number and largely irrelevant, since they mostly contain documents that were previously attached to each of Sigma's three complaints, or are irrelevant *per se* in light of the Court's dismissal of Sigma's coverage claims. Sigma's dilatory tactics prejudice Gotham

in a number of ways, including leaving it unable to adequately prepare for upcoming depositions, preventing it from forming a complete assessment of the case, and forcing Gotham to spend substantial time and money pursuing the responsive documents.

    This motion is based on this Notice of Motion and Motion, the attached Joint Statement pursuant to Local Rule 37-2.1, the declarations and exhibits thereto, the pleadings and papers on file herein, and such oral argument as may be presented at a hearing on this motion. This motion is made following many conferences of counsel pursuant to Local Rule 37-1, which have been numerous and have been ongoing since November 22, 2016. Gotham has afforded Sigma with as many opportunities as it could for Sigma to comply with its discovery obligations, but time is now of the essence and judicial intervention is necessary.

Dated: March 21, 2017                  Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Mark C. Goodman*
Mark C. Goodman
Attorneys for Defendant and Counter/Cross-Complainant GOTHAM INSURANCE COMPANY and Defendant PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC.