# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sigma Financial Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:15-cv-1531-AG-DFM |
| v. | |
| Gotham Ins. Co.; Brown & Brown Ins. Svcs, Inc. dba CalSurance Assoc.; Cadence Ins. Brokers, Inc. Defendant(s) | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Sigma Financial Corporation        ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to ~~substitute~~ continue with Suzanne Burke Spencer, SALL SPENCER CALLAS & KRUEGER, APC  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

32351 Coast Highway
*Street Address*

Laguna Beach, California 92651            sspencer@sallspencer.com
*City, State, Zip*                                    *E-Mail Address*

(949) 499-2942            (949) 499-7403            188597
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of Paul A. Hilding, James H. Pyle, who are withdrawn from this matter.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated _____            _____
                                        U. S. District Judge/U.S. Magistrate Judge